IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| ANTHONY MAURICE WASHINGTON; ROBBIE RAYNARD ROBINSON, a/k/a ROCKO ROBINSON; CLIFFORD PARISIEN; CHERYSE RAYEAL PARISIEN. | Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), 843(b), 846, and 853; 28 U.S.C. § 2461; and 18 U.S.C. §§ 924(d), 1956(h) and 2 |

COUNT ONE

**Conspiracy to Possess with Intent to Distribute and
Distribute Controlled Substances**

The Grand Jury Charges:

From in or about 2022 through the date of the Indictment, in the Districts of North Dakota, Arizona, Nevada, and elsewhere,

ANTHONY MAURICE WASHINGTON,
ROBBIE RAYNARD ROBINSON, a/k/a ROCKO ROBINSON,
CLIFFORD PARISIEN, and
CHERYSE RAYEAL PARISIEN

did knowingly and intentionally combine, conspire, confederate, and agree together and with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute controlled substances, namely, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that one or more of the conspirators mailed methamphetamine from the states of Arizona and Nevada to the state of North Dakota;

2. It was further a part of said conspiracy that one or more of the conspirators traveled between the states of Arizona, Nevada, North Dakota, and elsewhere, to obtain, transport, and distribute methamphetamine;

3. It was further a part of said conspiracy that the defendants and others would and did distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in or near the Turtle Mountain Indian Reservation, North Dakota, Bismarck, North Dakota, Minot, North Dakota, and elsewhere, including but not limited to:

    (a) In or about October 2023 and continuing into November 2023, CLIFFORD PARISIEN and CHERYSE RAYEAL PARISIEN, individually, and by aiding and abetting, possessed and attempted to possess, with intent to distribute, a controlled substance, namely, approximately 900 grams of a mixture and substance containing a detectable amount of methamphetamine, contained within a mailing package identified with a tracking number ending in 785US and destined for an address in or near Dunseith, North Dakota;

    (b) In or about October 2023 and continuing into November 2023, ANTHONY MAURICE WASHINGTON, CLIFFORD PARISIEN, and CHERYSE

   RAYEAL PARISIEN, individually, and by aiding and abetting, distributed and attempted to distribute, and possessed and attempted to possess, with intent to distribute, a controlled substance, namely, approximately 900 grams of a mixture and substance containing a detectable amount of methamphetamine, contained within a mailing package identified with tracking number ending in 119US and destined for an address in or near Dunseith, North Dakota;

(c) In or about October and November 2023, ANTHONY MAURICE WASHINGTON, individually, and by aiding and abetting, possessed and attempted to possess, with intent to distribute, a controlled substance, namely, approximately 900 grams of methamphetamine, contained within a mailing packaged identified with a tracking number ending in 847US and destined for an address in or near Bismarck, North Dakota;

4.  It was further a part of said conspiracy that certain conspirators sought and located users of methamphetamine to purchase controlled substances from other conspirators;

5.  It was further a part of said conspiracy that certain conspirators sought and located sub-distributors of methamphetamine for other conspirators;

6.  It was further a part of said conspiracy that one or more conspirators received money wire transfers that were proceeds of methamphetamine sales;

7.  It was further a part of said conspiracy that one or more conspirators sent money wire transfers that were proceeds of methamphetamine sales;

8. It was further a part of said conspiracy that one or more of the defendants traveled between the states of Arizona, Nevada, North Dakota, and elsewhere, via bus, automobile (including rental vehicles), airplane, and other means of transportation for purposes of obtaining and distributing controlled substances, and collecting and distributing proceeds of drug distribution activity;

9. It was further a part of said conspiracy that one or more conspirators rented and occupied apartments, trailer homes, houses, and hotel rooms in North Dakota, Arizona, Nevada, and elsewhere, from which to store, possess, and distribute methamphetamine;

10. It was further a part of said conspiracy that conspirators utilized residences in the Turtle Mountain Indian Reservation, North Dakota, Bismarck, North Dakota, Minot, North Dakota, and elsewhere, to store, conceal, and distribute controlled substances, and to store and conceal the proceeds of drug trafficking conduct;

11. It was further a part of said conspiracy that one or more conspirators collected money from other persons to purchase methamphetamine;

12. It was further a part of said conspiracy that one or more conspirators would and did attempt to conceal their activities;

13. It was further a part of said conspiracy that one or more conspirators would and did use United States currency in their drug transactions;

14. It was further a part of said conspiracy that one or more conspirators would and did use telecommunication facilities, including cellular telephones, to facilitate the distribution of methamphetamine;

15. It was further a part of said conspiracy that one or more conspirators would and did use social media websites, including but not limited to Facebook, to facilitate the distribution of methamphetamine;

In violation of Title 21, United States Code, Section 846; and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

## COUNT TWO

### Money Laundering Conspiracy

The Grand Jury Further Charges:

From in or about 2022 and continuing through in or about the date of this Indictment, in the Districts of North Dakota, Arizona, Nevada, and elsewhere,

ANTHONY MAURICE WASHINGTON,
ROBBIE RAYNARD ROBINSON, A/K/A ROCKO ROBINSON, and
CHERYSE RAYEAL PARISIEN

did knowingly combine, conspire, and agree with one or more persons, both known and unknown to the grand jury, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956(h), to wit: to knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, knowingly and intentionally distributing controlled substances: (a) with intent to promote the carrying on of the specified unlawful activity; and (b) knowing that the transaction is designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i);

### MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

1.     ANTHONY MAURICE WASHINGTON, ROBBIE RAYNARD ROBINSON, a/k/a ROCKO ROBINSON, CHERYSE RAYEAL PARISIEN, and co-

conspirators acquired methamphetamine, a Schedule II controlled substance, from the District of Arizona and the District of Nevada for distribution. The methamphetamine was thereafter transported through, and distributed in, the District of North Dakota, and elsewhere, during the time frame of the conspiracy;

2. Members of the controlled substance distribution conspiracy organization would sell methamphetamine, and currency would be collected and transferred from one person to another to continue the ongoing illegal activity; and

3. During the course of this conspiracy, persons both known and unknown to the grand jury utilized money transfer services, such as CashApp, Walmart-to-Walmart (RFI Financial), and MoneyGram money services, to wire and transfer proceeds of the illegal drug sales from North Dakota, and elsewhere, with intent to disguise and conceal the nature, the location, the source, the ownership, and the control of the proceeds of the drug trafficking activity, and to promote and continue the distribution activity;

In violation of Title 18, United States Code, Section 1956(h).

## COUNT THREE

### Illegal Use of Communication Facility

The Grand Jury Further Charges:

From in or about 2022 through in or about the date of the Indictment, in the Districts of North Dakota, Arizona, Nevada, and elsewhere,

ANTHONY MAURICE WASHINGTON,
ROBBIE RAYNARD ROBINSON, a/k/a ROCKO ROBINSON,
CLIFFORD PARISIEN, and
CHERYSE RAYEAL PARISIEN,

individually, and by aiding and abetting, knowingly and intentionally used any communication facility, specifically, the United States Postal Service, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, the offenses set forth in Counts One, Four, Five and Six of this Indictment, which are incorporated by reference herein;

In violation of Title 21, United States Code, Section 843(b); and Title 18, United States Code, Section 2.

## COUNT FOUR

### Attempted Distribution of a Controlled Substance
### (500 grams or more of methamphetamine – mixture)

The Grand Jury Further Charges:

In or about October 2023 and continuing into November 2023, in the District of North Dakota,

ANTHONY MAURICE WASHINGTON,

individually, and by aiding and abetting, knowingly and intentionally distributed and attempted to distribute approximately 900 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, by mailing a package identified with tracking number ending in 119US from Las Vegas, Nevada, to an address in Dunseith, North Dakota;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846; and Title 18, United States Code, Section 2.

## COUNT FIVE

**Attempted Possession with Intent to Distribute a Controlled Substance**
**(500 grams or more methamphetamine – mixture)**

The Grand Jury Further Charges:

Beginning in or about October 2023, and continuing until in or about November 2023, in the District of North Dakota,

> CLIFFORD PARISIEN, and
> CHERYSE RAYEAL PARISIEN,

individually, and by aiding and abetting, knowingly and intentionally possessed and attempted to possess, with intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, via two mailing packages identified by tracking numbers ending in 785US and 119US, each of which contained approximately 900 grams of a mixture and substance containing a detectable amount of methamphetamine;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846; and Title 18, United States Code, Section 2.

## COUNT SIX

### Attempted Possession with Intent to Distribute a Controlled Substance
### (500 grams or more methamphetamine – mixture)

The Grand Jury Further Charges:

Beginning in or about October 2023, and continuing until in or about November 2023, in the District of North Dakota,

ROBBIE ROBINSON, a/k/a ROCKO ROBINSON,

individually, and by aiding and abetting, knowingly and intentionally possessed and attempted to possess, with intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, via a mailing package identified by tracking number ending in 847US which contained approximately 900 grams of a mixture and substance containing a detectable amount of methamphetamine;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846; and Title 18, United States Code, Section 2.

FORFEITURE NOTICE

Upon conviction of the offenses alleged in this Indictment,

CLIFFORD PARISIEN and
CHERYSE RAYEAL PARISIEN

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of Title 21, United States Code, including, but not limited to:

- One Taurus G3C 9mm handgun, bearing Serial Number ACK351849.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

DMD/vt