3:24-CR-00029 PDW

This is the Revised Executor for the Estate. Please add to the docket. Also please do the following

1) please mail docket sheet to the return address

2) please prepare and Transcribe Transcript for all Three court apperances (Arraignment, Detention Hearing, and Evidentary Hearing)

3) please Send Finacil wavier Form to the Jail Im Housed at as I am pre-pairing for Trial & Appeal.

5/29/24

Anthony

Anthony Maurice of the Washington Family