United States of America

VS

ANTHONY MAURICE WASHINGTON

Case No: 3:24cr-00029

## MOTION TO DISMISS WITH EXTREME PREJUDICE FOR LACK OF PERSONAL AND SUBJECT-MATTER JURISDICTION, LACK OF CLAIM, LACK OF PROPER SERVICE

### ISSUE

This motion is to specifically challenge the presumption of "jurisidiction, since there is No victim, and no contract to perform there is no personal/subject-matter jurisidiction which requires the courts to dismiss. Lack of claim as there is no common Law violation, statues and codes are to be applied only upon elected, appointed, and employed government individuals and people engaged in commercial activities. Statutes and codes are not to be applied upon the people. Common Law also known as Natural law is also the Magna Carta as authorized by the Confirmatio Carta if the accused so demands (June 15, 1215, King John I + November 5, 1297, King Edward I.) "For every injury there must be a remedy and in order, for there to be a crime there must be an injured party, without which no court may proceed." - Self evident Maxims. Lack of proper Service as I/movant was never served a summons or complaint.

(1 pg)

## Reasons

A.) TO the best of my Knowledge I am not and have never been contracted with the State of North Dakota, nor the United States of America, nor the city of Bismarck or Fargo or elsewhere. The absence of documentary evidence proving a contractual relationship would indicate a lack of both personal and subject matter jurisdiction.

B.) on the Day\night in question I did not commit a common law crime, nor damage any person or property. The absence of a sworn affidavit, verifable complaint, or forensic evidence proving I did not commit a common Law crime or am responsible for damages would Indicate lack of both personal and subject-matter Jurisdiction.

A) equals no Contracts
B) equals no Victims

- Lack of claim (even though the government put allegations in a complaint that wasn't properly service to said defendant), the government failed to claim what damages that were suffered or sufficed, as well as provide the names of said Victims (produce the injured person who has filed a verified complaint UCC 1-103.6 "The Code cannot be read to preclude a Common Law action." Government failed to respond to Affidavit of Truth addressing these matters so a default Judgement has occured (see docket entry 100).

(2 pg)

- Lack of proper process of services (Movant was not served with a Summons and complaint) Plus the defendant was not served properly.

Movant has not consented, and denies a victim exists. The State/government can not be the victim; nor can they present a verified affidavit of the victim stating or claiming the damages done. Government failed to object in *(docket entry 100) Therefore General acquiescence/non-responce equals acceptance.

## Analysis

There is a common Law principle which states that for their to be a crime, there first must be a victim, Corpus delicti. In the absense of a victim there can be no crime. The state cannot be the victim / the injured party. Statues are not Law. "For a crime to exist, there must be an injured party. There can be no sanction or penalty imposed upon one because of his exercise of Constitutional rights." [Sherar v. Cullen, 481 F. 945

The Corporate United States operates under public commerical law; I an a natural Flesh and blood man in private not a government official, therefore no statue is aplicable.

(3 pg)

"A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts." [Davis v Burris, 51 Ariz. 220, 75 P.2d 689 (1938)]

"Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction." [Piper v. Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall. 335, 20 L.Ed. 646 (1872).]

Any court that ignored due process, all statutory courts ignore due process, is not a common law court, common law courts are "Courts of record" in all courts of record the tribunal is the sovereign plaintiff of the court or the Jury. The Justice is the administrator and reflects the wish of the sovereign, or jury, because the people rule, not government servants See [US Constitution, Art. 6, clause 2] Law of the Land "due course of law" and "due process of law" are synonymous [People v. Skinner, Cal., 110 P.2d 41, 45; State v Rossi, 71 R.I. 284, 43 A.2d 323, 326; Direct Plumbing Supply Co. v. City of Dayton, 138 Ohio St. 540, 38 N.E.2d 70, 72, 137 A.L.R. 1058; Stoner v Higginson, 316 Pa. 481, 175 A. 527, 531]

## Conclusion

Based upon the proof needed A.) contract to exist knowingly, willingly, and voluntarily and for there

(4pg)

to be full and open disclosure of all the terms of the contract, and then unreserved acceptance by both parties, and in these cases, that has most definitely not occurred. B.) Natural law and Common Law are the only laws which apply to humans and they deal only with harming other people or causing them loss. No objection was made to affidavit of Truth equaling no contest Therefore No Subject-matter, nor personal Jurisidiction exsist as there is no verified Affidavit of truth that alledeges a victim or damage or loss.

For the above reasons and also lack of proper Service of the Summons and complaint as it was never mad aware of or delivered to defendant in a Timely man; Lack of claim, and lack of personal; subject-matter Jurisidiction this case needs to be/we ask that this matter be DISMISSED with Extreme Prejudic Here by GRANTING said Motion to Dismiss

Dated this 5th day of September 2024

All Rights Reserved
/s/____ Anthony Maurice Washington____
Anthony Maurice Washington Rep. (c)Ls Authoriz
Representative/Attorny-In-Fact-For:
ANTHONY MAURICE WASHINGTON
Richland County Jail
413 3rd Ave N, Wahpeton, North Dak

(5 pg)

## Certificate of Service

Anthony Maurice Washington certifies that a True and correct copy of this document has been served on the Assistant United States Attorney via USPS Mail to Dawn Dietz on September 5th 2024

All Rights Reserved
/s/_____ Anthony Maurice Washington_____

Anthony Maurice Washington (c)LS Authorized Representative/Attorney-In-Fact For:
ANTHONY MAURICE WASHINGTON
Richland County Jail
413 3rd Ave N
Wahpeton, North Dakota
Secured Party Creditor

(6 Pg)